460 A.2d 752

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Steven D. FREDERICK, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 18, 1983.

Decided May 27, 1983.

John J. Grenko, Reading (Court-appointed), for appellant.

Charles M. Guthrie, Jr., Asst. Dist. Atty., Reading, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM.

Order affirmed.